USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 07/26/2022

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JACOBY DONNER, P.C.,

        Plaintiff,

v.

ARISTONE REALTY CAPITAL, LLC

        Defendant.

CIVIL ACTION

No. 1:22-mc-00192

**MEMO ENDORSED**

## PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS AND ENFORCE THIRD-PARTY SUBPOENAS

Plaintiff, Jacoby Donner, P.C., by and through its undersigned counsel, hereby files this Motion to Compel Responses to Plaintiff's Discovery Requests and Enforce Third-Party Subpoenas. In support of this Motion, Plaintiff relies on the attached Memorandum of Law, which is incorporated herein by reference in its entirety.

Respectfully submitted,

Dated: July 21, 2022

By: /s/ Edward T. Kang  
Edward T. Kang  
123 S. Broad Street, Suite 1670  
Philadelphia, PA 19109  
ekang@kanghaggerty.com  
P: (215) 525-5850  
F: (215) 525-5860  
*Attorneys for Plaintiff*

---

Defendant must file its opposition to the motion to compel by no later than **Friday, August 5, 2022**. Plaintiff may file its reply by no later than **Friday, August 12, 2022**. The parties are referred to the Court's Individual Rules of Practices in Civil Cases for instructions regarding briefing length.

SO ORDERED.

*/s/ Valerie Caproni*   07/26/2022

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE